**JESSICA J. OLIVA**
California State Bar No. 312435
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Ste. 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Jessica_Oliva@fd.org

Attorneys for Mr. Szramowski

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE RUTH B. MONTENEGRO)

| UNITED STATES OF AMERICA, | CASE NO. 25CR0441-RBM |
|---|---|
| Plaintiff, | |
| v. | **JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| BAILEY A. SZRAMOSWKI (1), and JOHNNESE H. POOMAIHEALANI (2), | |
| Defendants. | |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jessica J. Oliva, and Federal Defenders of San Diego, Inc., counsel for Mr. Bailey Szramoswki, Charles N. Guthrie, counsel for Ms. Johnnese H. Poomaihealani, along with Assistant United States Keith Ellison, that the motion hearing/trial setting scheduled for January 30, 2026, be continued to Friday, February 27, 2026, at 9 a.m.

A continuance is necessary to allow the defense teams to review new government offers with both Mr. Szramowski and Ms. Poomaihealani, as well as to consider the filing and preparation of pretrial motions. Accordingly, the parties agree that time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

1

|   |   |   |   |
|---|---|---|---|
| 1 | | | |
| 2 | | | Respectfully submitted, |
| 3 | Dated: | January 16, 2026 | *s/ Jessica Oliva* |
| 4 | | | **JESSICA J. OLIVA** |
| | | | Federal Defenders of San Diego, Inc. |
| 5 | | | Attorneys for Mr. Szramowski |
| 6 | Dated: | January 16, 2026 | *s/ Charles N. Guthrie* |
| 7 | | | **CHARLES N. GUTHRIE** |
| | | | Attorney for Ms. Poomaihealani |
| 8 | | | |
| 9 | Dated: | January 16, 2026 | *s/ Keith Ellison* |
| 10 | | | **KEITH ELLISON** |
| 11 | | | Assistant United States Attorney |

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Keith Ellison, AUSA to affix his electronic signature to this document.

Dated:      January 16, 2026          _s/ Jessica Oliva_
                                      **JESSICA J. OLIVA**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Szramoswki