MICHAEL LITTMAN
CA State Bar # 120625
105 West "F" St., 4th Flr.
San Diego, CA 92101
(619) 236-1030
michael@littmanlaw.com

Attorney for Defendant
JOHNNESE H. POOMAIHEALANI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Ruth B. Montenegro)

| UNITED STATES OF AMERICA, | ) | Case No. 25CR441-RBM |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE MOTIONS HEARING/TRIAL SETTING** |
| v. | ) | |
| BAILEY A. SZRAMOWSKI, el al. | ) | |
| Defendants. | ) | |

The defendants, BAILEY A. SZRAMOWSKI and JOHNNESE H. POOMAIHEALANI, are scheduled to have a Motions Hearing/Trial Setting in the above-entitled matter on July 10, 2026 at 9:00 a.m. The parties believe it would be in the interests of justice to continue this hearing in order to give counsel for Ms. Poomaihealani additional time to review a recently provided revised plea agreement as well as the necessary time to discuss this revised plea agreement with Ms. Poomaihealani. Additional time is also necessary for counsel to re-review certain portions of the voluminous discovery which include numerous investigative reports, witness interviews, multiple phone downloads, and audio recordings. The plea agreements provided by the government contemplate a "package disposition."

Both defendants are out of custody, working, and complying with the conditions of their pretrial release.  Both defendants also have a motion on file and agree that time is excludable under the Speedy Trial Act.

Therefore, the parties jointly request and agree as follows:

1. The defendants' motions hearing/trial setting shall be continued from July 10, 2026 to September 9, 2026 at 9:00 a.m.

2. The time is excludable pursuant to the Speedy Trial Act as the ends of justice outweigh the public and the defendants' interests in a speedy trial.

Respectfully submitted,

DATED: June 29, 2026         s/Michael Littman
                             Attorney for Defendant
                             JOHNNESE H. POOMAIHEALANI

DATED: June 29, 2026         s/Elizabeth Barros
                             Attorney for Defendant
                             BAILEY A. SZRAMOWSKI

                             ADAM GORDON, U.S. Attorney

DATED: June 29, 2026         BY:s/Keith Ellison
                             Assistant U.S. Attorney

DATED: June 29, 2026         BY:s/Samson Joseph Schatz
                             Assistant U.S. Attorney

2